**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

September 13, 2024

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



    Re: *Delacruz v. Frantic, Inc.,*
       Case No.: 1:24-cv-5105

Dear Judge Failla,

  The undersigned represents Emanuel Delacruz, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Frantic, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for September 20, 2024, at 12:30 p.m (Dkt. 4) be adjourned for 60 days because Counsel for the Defendant was recently retained and needs time to review this matter thoroughly and consult with their Client. This is the Plaintiff's first request for an extension.

                       Respectfully submitted,

                       GOTTLIEB & ASSOCIATES PLLC

                       */s/Michael A. LaBollita, Esq.*
                       Michael A. LaBollita, Esq.

Application GRANTED.  The initial pretrial conference scheduled for September 20, 2024, is hereby ADJOURNED to **November 20, 2024, at 10:00 a.m.**  The dial-in information remains the same and is as follows:  At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

The parties are reminded of their obligation to submit their proposed Case Management Plan and Joint Letter on or before **November 14, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Date:     September 13, 2024          SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE