UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EMANUEL DELACRUZ, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

FRANTIC, INC.,

        Defendant.

------------------------------------- x

No.: 1:24-cv-5105

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), EMANUEL DELACRUZ,, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, FRANTIC, INC., with prejudice and without fees and costs.

Dated: New York, New York
       December 19, 2024

                                                **GOTTLIEB & ASSOCIATES PLLC**

                                                                          */s/Michael A. LaBollita, Esq.*

                                          Michael A. LaBollita, Esq., (ML-9985)
                                                    150 East 18th Street, Suite PHR
                                                                New York, NY 10003
                                                                    Phone: (212) 228-9795
                                                                         Fax: (212) 982-6284
                                                                  Michael@Gottlieb.legal

                                                                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge